BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>               v.<br><br>SHANE LANGLEY,<br><br>                         Defendant. | CASE NO. 1:15-CR-00070 LJO-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Michael Aed, attorney for the defendant, that the status conference set for October 5, 2015 at 1:00 pm before the Honorable Sheila K. Oberto be continued to November 2, 2015 at 1:00 p.m. The reason for the request is defense counsel has been in trial in state court for the past month, and is currently in trial in state court on a case with life imprisonment as a potential penalty. Additionally, the parties continue to investigate additional information necessary to move the case forward.

///

///

///

///

Stipulation                                    1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: September 29, 2015                                  Respectfully submitted,

                                                           BENJAMIN B. WAGNER
                                                           United States Attorney

                                              By     /s/ Kimberly A. Sanchez
                                                           KIMBERLY A. SANCHEZ
                                                           Assistant U.S. Attorney

Dated: September 29, 2015                            /s/ Micheal Aed
                                                           MICHAEL AED
                                                           Attorney for Defendant

## **ORDER**

Pursuant to the parties' Stipulation, the status conference hearing presently set for October 5, 2015, at 1:00 p.m. is hereby vacated and rescheduled for Monday, November 2, 2015, at 1:00 p.m.   It is further ordered that time be excluded in the interests of justice based on the grounds set forth in the parties' Stipulation, through and including the continued status conference date of November 2, 2015, under 18 U.S.C. § 3161(h)(7)(A) and (7)(B)(iv), in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

The parties shall be prepared to select a mutually agreeable trial date at the next status conference.

IT IS SO ORDERED.

Dated:   **September 29, 2015**                      **/s/ Sheila K. Oberto**
                                                           UNITED STATES MAGISTRATE JUDGE

Stipulation                                      2