IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANE LANGLEY<br><br>Defendant. | Case No.: 1:15-CR-00070-001 DAD SKO<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on October 1, 2021, to Time Served as of Monday, October 4, 2021,

The defendant has been accepted to the Turning Point Quest House, an inpatient facility located in Fresno, California.

IT IS HEREBY ORDERED that the defendant shall be released on Monday, October 4, 2021 at 9:00am, to Darren Hise to transport Mr. Langley to Turning Point.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:  **October 1, 2021**    _____
UNITED STATES DISTRICT JUDGE