PHILLIP A. TALBERT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00070-DAD-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| SHANE LANGLEY, | |
| Defendant. | |

## **BACKGROUND**

This matter is currently scheduled for a status conference on **June 8, 2022** as to defendant Langley regarding the Supervised Release Violation in this case. The parties request that the status conference be continued to **June 30, 2022**. The parties request additional time to conduct investigation as to the allegations and to discuss a resolution. The government has made an offer to resolve the matter, and counsel for defendant requires additional time to discuss the offer with his client.

A proposed order appears below.

//
//
//
//
//

1

## **STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference as to the supervised release violation currently set for June 8, 2022 be continued to June 30, 2022.

                                                     Respectfully submitted,

                                                     PHILLIP A. TALBERT
                                                   United States Attorney

DATED: June 6, 2022                          By:    /s/ *Laura Jean Berger*
                                                           LAURA JEAN BERGER
                                                            Assistant United States Attorney

DATED: June 6, 2022                          By:    /s/ *Michael Aed*
                                                           MICHAEL AED
                                                           Attorney for Shane Langley

### ORDER

Pursuant to the parties' stipulation, the status conference as to the supervised release violation currently set for June 8, 2022 shall be continued to June 30, 2022 before the duty magistrate judge.

IT IS SO ORDERED.

Dated:  **June 6, 2022**                            /s/ *Erica P. Grosjean*
                                                       UNITED STATES MAGISTRATE JUDGE