PHILLIP A. TALBERT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00070-DAD-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| SHANE LANGLEY, | |
| Defendant. | |

## BACKGROUND

This matter is currently scheduled for a status conference on **June 30, 2022** as to defendant Langley regarding the Supervised Release Violation in this case. The parties request that the status conference be continued to **July 19, 2022**. The parties request additional time to conduct investigation as to the allegations and to discuss a resolution. The government has made an offer to resolve the matter, and counsel for defendant requires additional time to discuss the offer with his client.

A proposed order appears below.

//

//

//

//

//

1

### STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference as to the supervised release violation currently set for June 30, 2022 be continued to July 19, 2022.

                                                          Respectfully submitted,

                                                          PHILLIP A. TALBERT
United States Attorney

DATED: June 28, 2022                               By:/s/ *Laura Jean Berger*
                                                          LAURA JEAN BERGER
Assistant United States Attorney

DATED: June 28, 2022                               By:/s/ *Michael Aed*
                                                          MICHAEL AED
Attorney for Shane Langley

### O R D E R

**IT IS SO ORDERED.**

DATED: 6/28/2022

                                        *Sheila K. Oberto*
                                        Hon. Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE