Michael J. Aed, SBN 204090
LAW OFFICE OF MICHAEL J. AED
2115 Kern Street, Ste. 1
Fresno, California 93721
Phone: 559-825-4600
Fax:     559-272-8411

Attorney for Defendant, Shane Langley

UNITED STATES DISTRICT COURT

EASTEREN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:15 CR 00070 |
| Plaintiff, ) | STIPULATION TO CONTINUE SEPTEMBER 9, 2022 SENTENCING REGARDING VIOLATION OF SUPERVISED RELEASE; ORDER |
| vs. ) | |
| SHANE LANGLEY, ) | DATE:   September 9, 2022 |
| Defendant. ) | TIME:    9:00 a.m. |
| ) | Location:  Courtroom 4 |
| | Honorable Judge Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties September 9, 2022 sentencing of a violation of supervised release may be continued to 9:00 a.m. on Friday, September 16, 2022. The parties (AUSA and Defense Counsel) base this stipulation on good cause as follows:

The matter was previously scheduled for disposition on August 29, 2022 at 9 AM before Judge Dale A. Drozd.  On July 20, 2022, the parties received notice that the matter was continued to September 9, 2022 at 9 AM due to reassignment of the matter to Judge Jennifer L. Thurston.  Defense counsel is not available to appear on September 9, 2022 at 9 AM due to a pre-paid vacation out of the country.  Defense counsel has made inquiry with AUSA Laura Jean

Berger, USPO Nicole Wright, and conferred with Clerk Otilia Rosales regarding the availability of all parties and the court and have confirmed that September 16, 2022 at 9 AM is available to proceed with sentencing.

For the above stated reason, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161 (h) (7) (A) and 3161 (h) (7) (B) (ii).

DATED:  August 26, 2022                                   Laura Jean Berger
                                                                                United States Attorney
                                                                                By: /S/ Laura Jean Burger
                                                                                United States Attorney

DATED: August 26, 2022                                    By: /S/Michael J. Aed
                                                                                Attorney for Defendant
                                                                                Shane Langley

## ORDER

IT IS SO ORDERED.

   Dated:   **August 29, 2022**                                                    _____
                                                                                UNITED STATES DISTRICT JUDGE