IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:15-CR-00070-001 JLT SKO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| SHANE LANGLEY, | |
| Defendant. | |

The above-named defendant having been sentenced on September 16, 2022, to Time Served as of September 19, 2022. The defendant has been accepted to the Salvation Army, an inpatient facility located in Fresno, California.

IT IS HEREBY ORDERED that the defendant shall be released on Monday, September 19, 2022, at 7:00am, to a representative of the Salvation Army Residential Drug Treatment Program. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   **September 16, 2022**

_____
UNITED STATES DISTRICT JUDGE