PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4080
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHANE LANGLEY, <br><br> Defendant. | CASE NO. 1:15-CR-00070-JLT-SKO <br><br> STIPULATION AND ORDER <br><br> DATE: September 22, 2023 <br> TIME: 2:00 P.M. <br> COURT: Hon. Barbara A. McAuliffe |

Per the request of the Court, both parties jointly file this status report informing the court of the status of the case. Defendant Shane Langley, by and through his counsel of record Christina Corcoran ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Arin Heinz, hereby stipulate as follows:

1. The parties are in discussions about resolution of this violation petition. However, the parties request additional time to discuss resolution.

2. Given this information, both parties request to move the status conference to Monday, October 2, 2023. This will allow the parties to determine resolution of the petition and update the court accordingly.

///

///

///

1

Dated: September 20, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant United States Attorney

Dated: September 20, 2023

/s/ Christina Corcoran
Christina Corcoran
Counsel for Defendant
SHANE LANGLEY

## **ORDER**

IT IS SO ORDERED that the status conference/preliminary hearing is continued from September 22, 2023, to **October 2, 2023, at 2:00 p.m. before Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated: **September 21, 2023**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE