PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4080
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-70-JLT |
|---|---|
| Plaintiff, | MOTION TO DISMISS AND ORDER |
| v. | DATE: October 2, 2023 |
| SHANE LANGLEY, | TIME: 2:00 P.M. |
|  | COURT: Hon. Stanley A. Boone |
| Defendant. |  |

The United States Attorney for the Eastern District of California hereby moves to dismiss the Petition filed against Mr. Shane Langley on March 2, 2023 without prejudice, and in the interests of justice. ECF 76. The United States consulted with the United States Probation Office and appointed defense counsel. Both do not oppose this motion.

Dated: September 27, 2023                        PHILLIP A. TALBERT
                                                 United States Attorney

                                                 /s/ ARIN C. HEINZ
                                                 ARIN C. HEINZ
                                                 Assistant United States Attorney

///

///

///

1

**ORDER**

IT IS SO FOUND.
IT IS SO ORDERED.

Dated: **September 27, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE